# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150719(60)

DUSTIN ROCK,
          Plaintiff-Appellee,

v

DR. K. THOMAS CROCKER and DR.
K. THOMAS CROCKER, D.O., P.C.,
          Defendants-Appellants.

SC: 150719
COA: 312885
Kent CC: 10-006307-NM

_____/

      On order of the Chief Justice, the motion of the Board of Regents of the University of Michigan for an extension of time to file a motion for leave to file a brief as amicus curiae and an amicus brief is GRANTED. The motion and amicus brief will be accepted for filing if submitted on or before November 20, 2015.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2015



Clerk